- 8 -

## EXHIBIT A

