n

**EXHIBIT B**



