

Attorneys admitted in
California, New York,
Texas, Pennsylvania, Colorado,
and Illinois

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

April 3, 2024

**DELIVERED VIA ECF**

The Honorable J. Paul Oetken
United States Courthouse
40 Foley Square, Room 2101
New York, New York 10007

|             |                                                              |
|-------------|--------------------------------------------------------------|
| Case Title: | *Greetings Tour, Inc. v. Major League Soccer, LLC, et al.*   |
|             | 1:24-cv-01570-JPO                                            |
| Re:         | Notice of Settlement                                         |

Your Honor:

    This office represents Plaintiff, Greetings Tour, Inc., in the above referenced matter. We write to provide notice that the parties have reached a settlement as to all claims at issue in this case and believe that the case will be dismissed within forty-five (45) days.

    In light of the foregoing, the parties respectfully request that the Court vacate all current hearing dates and deadlines and provide the parties forty-five (45) days to complete the settlement process and dismiss the action. This is the parties' first request of this nature. Defendant, Major League Soccer, LLC, joins in this request. We thank Your Honor for your attention to this matter.

Respectfully submitted,

By: */s/ Scott Alan Burroughs*
    Scott Alan Burroughs
    DONIGER / BURROUGHS
    For the Plaintiff

**SO ORDERED.**

Dated: _____, 2024
New York, New York

By: _____
    Honorable J. Paul Oetken
    U.S. DISTRICT JUDGE